```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

| In re: | : | Case No. |
|---|---|---|
| PARKER CHANDLER HOMES, LLC, | : | Chapter 7 |
| Debtor. | : | Judge |
| _____ | : | |

### NOTICE OF COMPANION CASE FILED WITHIN THE PAST 2 YEARS

Pursuant to BLR 1015-1, Debtor discloses that the following Companion Case was filed within the past 2 years:

Mathis Partners, LLC
08-65876-mhm
Chapter: 11
Date filed: 03/31/2008
Date terminated: 12/23/2008
Relationship: common ownership