UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 09-90334-MHM |
| | : | |
| PARKER CHANDLER HOMES, LLC, | : | Chapter 7 |
| | : | |
| Debtor. | : | |
| | : | |

## DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES, AND SUPPLEMENTAL MATRIX

Parker Chandler Homes, LLC, "Debtor" herein, hereby files its STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES, AND SUPPLEMENTAL MATRIX.

Prepared and submitted by:
PAUL REECE MARR, P.C.
Debtor's counsel

By: /s/ Paul Reece Marr
    Paul Reece Marr
    GA Bar #471230
Suite 960
300 Galleria Parkway, N.W.
Atlanta, GA 30339
770/984-2255

—1—

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re **Parker Chandler Homes, LLC**

Debtor(s)

Case No. _____

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2009 year to Petition Date total revenue |
| $4,854,694.00 | 2008 total revenue |
| $19,322,461.00 | 2007 total revenue |

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

**3. Payments to creditors**

None ☒

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☒

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☒

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Atlanta Communities Magazine, Inc. vs. Comstock Homes of Atlanta, LLC, cv no. 08C20804 1** | suit on account | **State Court of Gwinnett County, GA** | **filed 12/08/2008** |
| **Comstock Homes of Atlanta, LLC v. R. Jerry Thacker, cv no. 07-3400-EM** | business dispute | **Superior Court of Cherokee County, GA** | **filed 11/26/2007** |
| **Landmark Design Associates, LLC vs. Comstock Homes of Atlanta, Inc., cv no. 08C163656** | complaint on account | **State Court of Gwinnett County, GA** | **filed 09/30/2008** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **New South Publishing, Inc. vs. Comstock Homes of Atlanta, LLC, cv no. 09C04613-1** | **complaint on account** | **State Court of Gwinnett County, GA** | **filed 03/19/2009** |
| **Paramont Grading Company vs. Comstock Homes of Atlanta, LLC and Post Preserve, LLC, case no. 07A-10018-8** | **business dispute** | **Gwinnett County, GA Superior Court** | judgment dated 10/21/2009 |
| **ProBuild South, LLC vs. Comstock Homes of Atlanta, LLC , cae no. 09C-04512-2** | **business dispute** | **Gwinnett County, GA State Court** | judgment dated 10/28/2009 |
| **Robert Bowden, Inc. vs. Comstock Homes of Atlanta, LLC as successor of Parker-Chandler Homes, Inc. and James B. Parker, Jr., case no. 08-A-18948-1** | **complaint on account and personal guaranty** | **State Court of Cobb County, GA** | judgment dated 7/6/2009 |
| **Signature Communities, LLC and Signature Communities at High Grove, LLC, Appelants, v Parker-Chandler Homes, Inc. n/k/a Comstock Homes of Atlanta, LLC, Andrew H. Chandler, Jr. and James B. Parker, Appellees, No. A09A0924** | **business dispute** | **Court of Appeals of GA** | **Appellate Court held for Defendants** |
| **Stuart Mechancial Service, Inc. vs. Comstock Homes of Atlanta, LLC, cv no. 09C-03545-5** | **complaint on account** | **Gwinnett County State Court** | judgment dated 7/9/2009 |
| **Tabas, LLLP vs. Comstock Homes of Atlanta, LLC, case no. 07A-09201 8** | **Complaint for Specific Performance of Contract and Damages** | **Gwinnett County, GA Superior Court** | judgment dated 6/10/2009 |
| **The Lamar Companies vs. Comstock Homes of Atlanta, LLC, cv no. 08C182295** | **complaint on account** | **State Court of Gwinnett County, GA** | **filed 10/27/2008** |

None
☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF PERSON FOR WHOSE
BENEFIT PROPERTY WAS SEIZED      DATE OF SEIZURE     DESCRIPTION AND VALUE OF
PROPERTY

4

**5. Repossessions, foreclosures and returns**


None

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bank of America c/o Valerie L. Combs, Esq. Troutman Sanders LLP Suite 5200; 600 P'tree Street, NE Atlanta, GA 30308** | **12/04/2008** | **various lots in Brentwood Estates and Senators Ridge Subdvisions, Jackson County, GA [aggregate foreclosure sale price = $491,988.00; estimated aggregate secured debt = $1,453,508.00]** |
| **Branch Banking & Trust Co. c/o Courington & Chisholm, PC kathleen Horne, Esq. 17 West McDonough Street Savannah, GA 31401** | **09/02/2008** | **various lots in Settindown, Maristone, Glenn Ivey, and Wyngate Subdivisions, Forsyth County, GA [estimated aggregate fair market value = $6,898,500.00; estimated aggregate secured debt = $12,837.128.00]** |
| **Regions Bank. c/o Bryan T. Glover, Esq. Burr & Forman, L.L.P. Suite 1100; 171 17th Street Atlanta, GA 30363** | **09/02/2008** | **8.50 acres, Forsyth County, GA [estimated fair market value = $264,000.00; secured debt = $699,774.00]** |

**6. Assignments and receiverships**


None

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

5

#### 8. Losses


None ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Paul Reece Marr, P.C.**<br>**Suite 960**<br>**300 Galleria Parkway**<br>**Atlanta, GA 30339** | **04/21/2009** | **$3,000.00 attorney fee +**<br>**$299.00 filing fee** |

#### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **various** | | **the debtor sold various properties to third parties in the ordinary course of business during the referenced time period** |

None ☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

6

### 12. Safe deposit boxes

 None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

 None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

 None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 5400 Laurel Springs Pkwy; Suite 201 Suwanee, GA 30024 | Comstock Homes of Atlanta, LLC | 01/01/2006 - 09/30/2008 |
| 405 Wakefield Bluff Court Alpharetta, GA 30004 | Comstock Homes of Atlanta, LLC | 10/01/2008 - 04/15/2009 |

### 16. Spouses and Former Spouses

 None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☒ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☒ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS
**Jeff Dauer**
**11465 Sunset Hills Rd**
**5th Floor**
**Reston, VA 20190**

DATES SERVICES RENDERED

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                         ADDRESS                           DATES SERVICES RENDERED
**PriceWaterhouse Coopers, LLC**
**Attn: Chris Dietrick**
**1800 Tysons Blvd.**
**McLean, VA 22102**

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                           ADDRESS
**Jeff Dauer**                                       **11465 Sunset Hills Rd**
                                               **5th Floor**
                                               **Reston, VA 20190**

None ☒   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                   DATE ISSUED

#### 20. Inventories

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY               INVENTORY SUPERVISOR                 DOLLAR AMOUNT OF INVENTORY
                                                          (Specify cost, market or other basis)

None ☒   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                           NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                 RECORDS

#### 21 . Current Partners, Officers, Directors and Shareholders

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                           NATURE OF INTEREST                 PERCENTAGE OF INTEREST

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                           TITLE                      NATURE AND PERCENTAGE
                                                      OF STOCK OWNERSHIP
**Comstock Homebuilding Companies, Inc.**         **manager**                      **sole member**
**11465 Sunset Hills Rd**
**Suite 500**
**Reston, VA 20190**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

9

**22 . Former partners, officers, directors and shareholders**

None ☒
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☒
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ☒
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ☒
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **11/25/2009**                          Signature   **/s/  Christopher Clemente**
                                                                    **Christopher Clemente**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6A (Official Form 6A) (12/07)

In re  **Parker Chandler Homes, LLC** _____,                    Case No. _____
Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "none" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Comm- unity | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Lots 26, 28, 30, Allen Creek subdivision, Talmo, Jackson County, GA 30575 (book value = $60,201.00, tax assessed value = $127,490.00) | fee simple | - | $60,201.00 | $15,893,229.00 |
| Lots 4, 5, 7, 19, 20, 22, 24, 25, 27, and 28, Arcanum Subdivision, Cumming, Forsyth County, GA 30040 (book value = $181,221.00, tax assessed value = $340,000.00) | fee simple | - | $181,221.00 | $15,893,229.00 |
| Lots 1, 2, 7, 14, and 16, Falling Water Subdivision, Woodstock, Cherokee County, GA 30188 (book value = $243,851.00, tax assessed value = $825,000.00) | fee simple | - | $243,851.00 | $15,893,229.00 |
| Lot 25, Glenn Ivey Subdivision, Cumming, Forsyth County, GA 30040 (book value = $216,220.00, tax assessed value = $78,948.00) | fee simple | - | $216,220.00 | $199,094.00 |
| Lot 36, Glenn Ivey Subdivision, Cumming, Forsyth County, GA 30040 (book value = $35,968.00, tax assessed value = $23,600.00) | fee simple | - | $35,968.00 | $71,087.00 |
| Lot 23, Wyngate Subdivision, Alpharetta, GA 30040 (book value = $280,887.00, tax assessed value = $32,000.00) | fee simple | - | $280,887.00 | $279,023.00 |

Total: $1,018,348.00
(Report also on Summary of Schedules)

Sheet 1 of 1 total sheets in Schedule of Real Property

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Parker Chandler Homes, LLC**                                                                Case No. _____
_____
Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With- Out Deducting Any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account # -6303 at United Bank | - | $0.00 |
| | | checking account # -6307 at United Bank | - | $0.00 |
| | | checking account # -6345 at United Bank | - | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re  **Parker Chandler Homes, LLC**                                          Case No. _____
_____
    Debtor                                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re  **Parker Chandler Homes, LLC**                                                  Case No. _____
                        Debtor                                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Total >                $0.00

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __Parker Chandler Homes, LLC__                                  Case No. _____

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| Atlanta Glass & Mirror, Inc. 196 Rio Circle Decatur, GA 30030 | | N A | | claim of lien | | | | | |
| | | | | VALUE                    $0.00 | | | | $1,138.70 | $1,138.70 |
| ACCOUNT NO. | | | | | | | | | |
| Branch Banking & Trust Co. Attn: Warren Sandberg 16410 Heritage Blvd.; 3rd Flr Bowie, MD 20716 | | N A | | deed to secure debt  Lot 25, Glenn Ivey Subdivision, Cumming, Forsyth County, GA 30040 (book value = $216,220.00, tax assessed value = $78,948.00) | | | | | |
| | | | | VALUE            $216,220.00 | | | | $199,094.00 | $0.00 |

Sheet 1 of 6 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re   **Parker Chandler Homes, LLC**                                          Case No. _____

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| Branch Banking & Trust Co. Attn: Warren Sandberg 16410 Heritage Blvd.; 3rd Flr Bowie, MD 20716 | | N A | | deed to secure debt<br><br>Lot 23, Wyngate Subdivision, Alpharetta, GA 30040 (book value = $280,887.00, tax assessed value = $32,000.00)<br><br>VALUE          $280,887.00 | | | | $279,023.00 | $0.00 |
| ACCOUNT NO. | | | | | | | | | |
| Branch Banking & Trust Co. Attn: Keri Jackson 1308 Devils Reach Rd; Ste 200 Woodbridge, VA 22192 | | N A | | additional notice address<br><br>VALUE          $0.00 | | | | $0.00 | $0.00 |
| ACCOUNT NO. 0244175 | | | | | | | | | |
| Canon Financial Services, Inc. 14904 Collections Center Drive Chicago, IL 60693 | | N A | | lease<br><br>2 copiers<br><br>VALUE          $1,000.00 | | | | $5,836.69 | 4,836.69 |
| ACCOUNT NO. | | | | | | | | | |
| Jenkins Brothers' Construction c/o Brian F. Hansen, Esq. 11625 Rainwater Dr. Suite 350 Alpharetta, GA 30004 | | N A | | 9/3/2008<br><br>claim of lien<br><br>VALUE          $0.00 | | | | $3,657.60 | $3,657.60 |
| ACCOUNT NO. | | | | | | | | | |
| L&W Supply Corp. Larry Edmondson 101 Jonesboro Rd. Mcdonough, GA 30253 | | N A | | 1/30/2008<br><br>claim of lien<br><br>VALUE          $0.00 | | | | $0.00 | $0.00 |

Sheet 2 of 6 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re   **Parker Chandler Homes, LLC**
Debtor(s)

Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Paramont Grading Company**<br>**John Pearson, Registered Agent**<br>**4405 Canton Hwy**<br>**Cumming, GA 30040** | X | N A | 10/21/2009<br><br>judgment<br><br>business dispute<br><br>VALUE          $0.00 | X | X | X | $261,372.00 | $261,372.00 |
| ACCOUNT NO.<br><br>**ProBuild South, LLC**<br>**12215 East 61st Street**<br>**Broken Arrow, OK 74012** | | N A | 10/28/2009<br><br>judgment<br><br>business dispute<br><br>VALUE          $0.00 | | | X | $3,434.04 | $3,434.04 |
| ACCOUNT NO.<br><br>**RBC Builder Finance**<br>**Attn: Legal**<br>**11011 Richmond Ave.; Suite 850**<br>**Houston, TX 77042** | X | N A | deed to secure debt<br><br>Lot 36, Glenn Ivey Subdivision, Cumming, Forsyth County, GA 30040 (book value = $35,968.00, tax assessed value = $23,600.00)<br><br>VALUE          $35,968.00 | | | | $71,087.00 | $35,119.00 |
| ACCOUNT NO.<br><br>**RBC Builder Finance**<br>**Attn: Jim McDunn**<br>**301 Grant St; number 4325**<br>**Pittsburgh, PA 15219** | | N A | additional notice address<br><br>VALUE          $0.00 | | | | $0.00 | $0.00 |
| ACCOUNT NO.<br><br>**Residential Drywall, Inc.**<br>**c/o Suzanne Woolum**<br>**PO Box 1390**<br>**Hiram, GA 30141** | | N A | 1/30/2008<br><br>claim of lien<br><br>VALUE          $0.00 | | | | $11,061.48 | $11,061.48 |

Sheet 3 of 6 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re **Parker Chandler Homes, LLC**                    Case No. _____
                                    Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| Rich Drywall, Inc. Daphne Jackson 3425 Chartwell Ridge Suwanee, GA 30024 | | N A | claim of lien<br><br>VALUE        $0.00 | | | | $18,585.00 | $18,585.00 |
| ACCOUNT NO. | | | | | | | | |
| Robert Bowden, Inc. Attn: Stephen Cole, CEO PO Box 4237 Marietta, GA 30061-4237 | X | N A | 7/6/2009<br><br>judgment<br><br>business account payable<br><br>VALUE        $0.00 | | | | $5,526.00 | $5,526.00 |
| ACCOUNT NO. | | | | | | | | |
| Southern Staircase, Inc. Suite E 6025 Shiloh Rd Alpharetta, GA 30005 | | N A | claim of lien<br><br>VALUE        $0.00 | | | | $3,606.57 | $3,606.57 |
| ACCOUNT NO. | | | | | | | | |
| Stuart Mechanical Service, Inc Attn: James M. Stuart 5267 Palmero Court Buford, GA 30518-5848 | | N A | 7/9/2008<br><br>judgment<br><br>VALUE        $0.00 | | | | $5,486.00 | $5,486.00 |
| ACCOUNT NO. | | | | | | | | |
| Tabas, LLLP Attn: Albert M. Ashkouti 6075 Barfield Rd Ste 110 Atlanta, GA 30328 | | N A | 6/10/2009<br><br>judgment<br><br>VALUE        $0.00 | X | X | X | $1,501,859.00 | $1,501,859.00 |

Sheet 4 of 6 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re __Parker Chandler Homes, LLC_____    Case No. _____

                           Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| Wachovia Bank, N.A. Attn: Joe Morrocco 150 Fayetteville Street Raleigh, NC 27602 | | N A | | additional notice address | | | | | |
| | | | | VALUE $0.00 | | | | $0.00 | $0.00 |
| ACCOUNT NO. | | | | | | | | | |
| Wachovia Bank, N.A. Ron Sanders- S. Tower VA 1927 1753 Pinnacle Drive; 5th Floor Mc Lean, VA 22102 | | N A | | deeds to unsecured debt Lots 26, 28, 30, Allen Creek subdivision, Jackson County, GA; Lots 4, 5, 7, 19, 20, 22, 24, 25, 27, 28, Arcanum Subdivision, Forsyth County, GA; and Lots 1, 2, 7, 14, 16, Falling Water Subdivision, Cherokee County, GA.   (Book value = $485,273.00, tax assessed value = $1,292,490.00) | | | | | |
| | | | | VALUE $485,273.00 | | | | $15,893,229.00 | $15,407,956.00 |
| ACCOUNT NO. | | | | | | | | | |
| Wachovia Bank, N.A. Attn: Patrick McGovern 123 South Broad Street Philadelphia, PA 19109 | | N A | | additional notice address | | | | | |
| | | | | VALUE $0.00 | | | | $0.00 | $0.00 |
| ACCOUNT NO. | | | | | | | | | |
| Woodman Gutters, Inc. PO Box 740209 Atlanta, GA 30374-0209 | | N A | | claim of lien | | | | | |
| | | | | VALUE $0.00 | | | | $2,317.00 | $2,317.00 |

Sheet 5 of 6 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re  **Parker Chandler Homes, LLC**                                    Case No. _____

_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| **Woodman Insulation Co., Inc.**<br>**1230 Samples Industrial Drive**<br>**Cumming, GA 30041** | | N A | | claim of lien | | | | | |
| | | | | VALUE            **$0.00** | | | | **$2,508.00** | **$2,508.00** |
| | | | | Total(s)<br>(Use only on last page) | | | | **$18,268,821.08** | **$17,268,463.08** |
| | | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 6 of 6 total sheets in Schedule of Creditors Holding Secured Claims

B6E (Official Form 6E) (12/07)

In re __Parker Chandler Homes, LLC__                                                    Case No. _____
                                    Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided it he debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (12/07) - Cont.

In re  **Parker Chandler Homes, LLC**                                             Case No. _____

_____
Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to 5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Sheet 2 of 3 total sheets in  Schedule of
Creditors Holding Unsecured Priority Claims

B6E (Official Form 6E) (12/07) - Cont.

In re  **Parker Chandler Homes, LLC**                                  Case No. _____
                            Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**
Type of Priority

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | 0.00 |
| Cherokee Cnty Tax Commissioner 2780 Marietta Street Canton, GA 30114 | | N A | ad valorem taxes | | | | $14,626.12 | $14,626.12 |
| Account No. | | | | | | | | 0.00 |
| Forsyth County Tax Commissionr 1092 Tribble Gap Rd. Cumming, GA 30040 | | N A | ad valorem taxes | | | | $44,176.75 | $44,176.75 |
| Account No. | | | | | | | | 0.00 |
| NC Department of Revenue PO Box 2500 Raleigh, NC 27640-0520 | | N A | ad valorem taxes | | | | $104.24 | $104.24 |
| Subtotals: (Totals of this page) | | | | | | | 58,907.11 | 0.00 / 58,907.11 |
| Total: (Use only on last page of the completed Schedule E. Repeat also on the Summary of Schedules.) | | | | | | | 58,907.11 | |
| Totals: (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. | | | | | | | | 0.00 / 58,907.11 |

Sheet 3 of 3 total sheets in  Schedule of
Creditors Holding Unsecured Priority Claims

B6F (Official Form 6F) (12/07)

In re  **Parker Chandler Homes, LLC**                   Case No. _____
                                       Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

     Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. **071-032623**<br><br>**Aaron Rents & Sells Furniture**<br>**8198 Terminal Rd.**<br>**Lorton, VA 22079** | | N A | | account payable | | | | 939.70 |
| ACCOUNT NO.<br><br>**ADT Security Services, Inc.**<br>**PO Box 371967**<br>**Pittsburgh, PA 15250-7067** | | N A | | account payable | | | | 191.16 |
| ACCOUNT NO. **06-C-21224 S6**<br><br>**Advanced Reporting Services**<br>**183 Katielee Cove**<br>**Dallas, GA 30132** | | N A | | account payable | | | | 591.85 |

Sheet  1 of 15 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  **Parker Chandler Homes, LLC** _____    Case No _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | H W J C | Husband, Wife, Joint , or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Anand Narayanan and Sunitha Subbarao 2910 Buford Dr; Apt. 910 Buford, GA 30519 | | N A | account payable | | | | 6,340.00 |
| ACCOUNT NO. | | | | | | | |
| Andrade's Clean Up, Inc. 4141 North  Arnold Mill Rd. Woodstock, GA 30188 | | N A | account payable | | | | 300.00 |
| ACCOUNT NO. | | | | | | | |
| Arrow Exterminators PO Box 707 Cumming, GA 30028-0707 | | N A | account payable | | | | 95.00 |
| ACCOUNT NO. **various** | | | | | | | |
| AT&T-GA PO Box 105262 Atlanta, GA 30348-5262 | | N A | accounts payable | | | | 2,043.59 |
| ACCOUNT NO. | | | | | | | |
| Atlanta Communities Magazine 1000 Parkwood Circle Suite 260 Atlanta, GA 30339 | X | N A | account payable | | | X | 11,190.00 |
| ACCOUNT NO. | | | | | | | |
| Atlantic Risk 5850 Waterloo Road Number 240 Columbia, MD 21045 | | N A | account payable | | | | 200.00 |

Sheet  2 of 15 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re __Parker Chandler Homes, LLC__    Case No _____

    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Blu-John.Com.Inc. 257 Castleberry Ind. Dr. Cumming, GA 30040 | | N A | account payable | | | | 321.00 |
| ACCOUNT NO. | | | | | | | |
| Broadriver Communication Corp. 1000 Hemphill Ave NW Atlanta, GA 30318-5441 | | N A | account payable | | | | 337.31 |
| ACCOUNT NO. | | | | | | | |
| Builders Design & Leasing Inc. 7601 Lindbergh Drive Gaithersburg, MD 20879 | | N A | account payable | | | | 6,574.52 |
| ACCOUNT NO. | | | | | | | |
| C. Lee Davis, Esq. 506 Roswell Street Building 200; Suite 230 Marietta, GA 30060 | | N A | notice only; attorney for Robert Bowden, Inc. | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Cherokee County Water and Sewer Authority PO Box 5000 Canton, GA 30114 | | N A | account payable | | | | 14,626.12 |
| ACCOUNT NO. | | | | | | | |
| City of Suwanee 330 Town Center Avenue Suwanee, GA 30024 | | N A | liability under performance bonds | X | X | | 0.00 |

Sheet  3 of 15 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re __Parker Chandler Homes, LLC__    Case No _____
                            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Clear Channel Outdoor PO Box 402379 Atlanta, GA 30384-2379 | | N A | account payable | | | | 1,600.00 |
| ACCOUNT NO. | | | | | | | |
| Conroy & Associates, PC 4550 Atwater Court Suite 203 Buford, GA 30518 | | N A | account payable | | | | 400.00 |
| ACCOUNT NO. | | | | | | | |
| Consumer Source, Inc. PO Box 402039 Atlanta, GA 30384-2035 | | N A | account payable | | | | 1,246.96 |
| ACCOUNT NO. | | | | | | | |
| Copper Electric, Inc. 2320 Hewatt Rd. Snellville, GA 30039 | | N A | account payable | | | | 125.00 |
| ACCOUNT NO. | | | | | | | |
| De Jesus Painting, Inc. 5466 Copperfield Ct. Lilburn, GA 30047 | | N A | account payable | | | | 175.00 |
| ACCOUNT NO. | | | | | | | |
| Dell Business Credit PO Box 5275 Carol Stream, IL 60197-5275 | | N A | account payable | | | | 8.48 |

Sheet  4 of 15 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Parker Chandler Homes, LLC**          Case No _____
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Douglas Thompson, Esq. Douglas Thompson, PC 1872-C Independence Square Dunwoody, GA 30338 | | N A | notice only | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| First Multiple Listing Service 5457 Roswell Rd Suite 208 Atlanta, GA 30342 | | N A | account payable | | | | 779.76 |
| ACCOUNT NO. | | | | | | | |
| Forsyth County Government 110 East Main Street Cumming, GA 30040 | | N A | liability under performance bonds | X | X | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Forsyth County Water PO Box 100003 Cumming, GA 30028-8303 | | N A | account payable | | | | 1,243.53 |
| ACCOUNT NO. | | | | | | | |
| GE Appliance HPS-NC PO Box 281865 Atlanta, GA 30384-1865 | | N A | account payable | | | | 85.50 |
| ACCOUNT NO. | | | | | | | |
| Georgia Duplicating Products PO Box 3547 Macon, GA 31205 | | N A | account payable | | | | 408.00 |

Sheet  5 of 15 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Parker Chandler Homes, LLC** _____   Case No _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **11735-99026 07**<br><br>**Georgia Power**<br>**96 Annex**<br>**Atlanta, GA 30396-0001** | | N A | **account payable** | | | | 713.29 |
| ACCOUNT NO.<br><br>**Glenn Ivey HOA, Inc.**<br>**c/o Community Club Mgmt**<br>**11735 Pointe Place**<br>**Roswell, GA 30076** | | N A | **account payable** | | | | 11,234.72 |
| ACCOUNT NO.<br><br>**Graham & Penman, LLP**<br>**The Pinnacle - Suite 500**<br>**3455 Peachtree Road, N.E.**<br>**Atlanta, GA 30326** | | N A | **account payable** | | | | 5.96 |
| ACCOUNT NO.<br><br>**Graphic Services, Inc.**<br>**7997 Wellingford Drive**<br>**Manassas, VA 20109** | | N A | **account payable** | | | | 2,850.00 |
| ACCOUNT NO. **6035322133151260**<br><br>**Home Depot Credit Services**<br>**PO Box 6029**<br>**The Lakes, NV 88901-6029** | | N A | **corporate credit card account** | | | | 1,348.68 |
| ACCOUNT NO.<br><br>**Hooshang Khoshnood**<br>**5715 Sourwood Road**<br>**Cumming, GA 30040** | | N A | **account payable** | | | | 100.00 |

Sheet  6 of 15 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Parker Chandler Homes, LLC**
Debtor(s)

Case No _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Infiniti Energy PO Box 791263 Baltimore, MD 21279-1263 | | N A | accounta payable | | | | 150.38 |
| ACCOUNT NO. | | | | | | | |
| INSCO DICO PO Box 19725 Irvine, CA 92623 | | N A | account payable | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| J. Christopher Simpson, Esq. for New South Publishing, Inc. 3490 Piedmont Rd, NE; #300 Atlanta, GA 30305 | | N A | notice only; attorneys for New South Publishing, Inc. | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Jackson County Tax Commissionr PO Box 247 Jefferson, GA 30549 | | N A | account payable | | | | 1,610.97 |
| ACCOUNT NO. | | | | | | | |
| James C. Busch for ProBuild South, LLC 701 Whitlock Avenue, K-47 Marietta, GA 30064 | | N A | notice only; attorneys for ProBuild South, LLC | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Jason White, Esq. for Atlanta Communities Magazi 3340 P'tree Rd NE; Ste 2540 Atlanta, GA 30326 | | N A | notice only, attorneys for Atlanta Communities Magazine, Inc. | | | | 0.00 |

Sheet 7 of 15 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Parker Chandler Homes, LLC** _____   Case No _____
                               Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint , or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| John A. Christy, Esq. Schreeder, Wheeler & Flint LLP 1100 P'tree St NE; Ste 800 Atlanta, GA 30309 | | N A | | notice only; attorney for Andrew H. Chandler and James B. Parker, co-defendants in the Signature Communities litigation | | | | 0.00 |
| ACCOUNT NO. | | | | | | | | |
| Just Tubs 7924 Benchmark Drive Flowery Branch, GA 30542 | | N A | | account payable | | | | 150.00 |
| ACCOUNT NO. | | | | | | | | |
| Kerxton Insurance Agency 3922 Pender Drive Number 120 Fairfax, VA 22030 | | N A | | account payable | | | | 529.97 |
| ACCOUNT NO. | | | | | | | | |
| L&S Holdings, LLC 6135 Polo Drive Cumming, GA 30040 | | N A | | account payable | | | | 6,000.00 |
| ACCOUNT NO. | | | | | | | | |
| Landmark Design, Ltd. 4460 Commerce Drive Buford, GA 30518 | | N A | | account payable | | | | 54,616.88 |
| ACCOUNT NO. | | | | | | | | |
| Liberty Bond Services c/o Atlantic Risk 5850 Waterloo Rd; number 240 Columbia, MD 21045 | | N A | | account payable | | | | 100.00 |

Sheet  8 of 15 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Parker Chandler Homes, LLC**                                   Case No
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Marcelino Reyes Painting, Inc. 651 Roscoe Davis Road Monroe, GA 30656 | | N A | account payable | | | | 100.00 |
| ACCOUNT NO. | | | | | | | |
| Marc V. Thomes, Esq. Merbaum Law Group, PC 5755 North Point Pkwy Suite 284 Alpharetta, GA 30004 | | N A | notice only | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Mason Bahr, LLP Attn: Chip Carter Two Ravinia Drive; Suite 610 Atlanta, GA 30346 | | N A | account payable | | | | 12,813.00 |
| ACCOUNT NO. | | | | | | | |
| Masterpiece Lighting, Inc. 774 Forrest Street Atlanta, GA 30318 | | N A | account payable | | | | 68.27 |
| ACCOUNT NO. | | | | | | | |
| McClain & Merritt Attn: Ed Goodgame 11625 Rainwatter Dr; Ste 125 Alpharetta, GA 30004 | | N A | account payable | | | | 1,060.00 |
| ACCOUNT NO. | | | | | | | |
| McClain & Merritt 3445 Peachtree Rd NE Suite 500 Atlanta, GA 30326-1276 | | N A | additional notice address | | | | 0.00 |

Sheet  9 of 15 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  **Parker Chandler Homes, LLC**                                    Case No
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| McNair Law Firm, P.A. Attn: Lynn Stevens 2411 Oak Street; Number 206 Myrtle Beach, SC 29577 | | N A | account payable | | | | 69.00 |
| ACCOUNT NO. | | | | | | | |
| Mickey Thomas & Sons 6065 Southard Trace Suite 106 Cumming, GA 30040 | | N A | account payable | | | | 1,895.00 |
| ACCOUNT NO. | | | | | | | |
| Move Sales, Inc. PO Box 13239 Scottsdale, AZ 85267-3239 | | N A | account payable | | | | 1,200.00 |
| ACCOUNT NO. | | | | | | | |
| New South Publishing, Inc. 450 Northridge Pkwy Suite 202 Atlanta, GA 30350 | | N A | complaint for damages | | | | 12,860.00 |
| ACCOUNT NO. | | | | | | | |
| New South Publising, Inc. 1303 Hightower trail Suite 106 Cumming, GA 30040 | | N A | additional notice address | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| NEXT, LLC 3535 Highway 81 Loganville, GA 30052 | | N A | account payable | | | | 9,600.00 |

Sheet 10 of 15 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Parker Chandler Homes, LLC** _____   Case No _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| NEXT, LLC c/o Andrew N. Gross; Suite 200 1201 P'tree St NE; Bldg 400 | X | N A | notice only; collection attorney | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Paul W. Andrew, Esq. for Landmark Design Associates Seven Lumpkin Street Lawrenceville, GA 30045 | | N A | notice only, attorney for Landmark Design Associates, LLC | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Paulding County Govenment 240 Constitution Road Dallas, GA 30132 | | N A | liability under performance bonds | X | X | | 0.00 |
| ACCOUNT NO. 8852882 | | | | | | | |
| Pitney Bowes Global PO Box 856460 Louisville, KY 40285-6460 | | N A | account payable | | | | 17.17 |
| ACCOUNT NO. 8000-9090-0253-4571 | | | | | | | |
| Pitney Bowes Purchase Power PO Box 856042 Louisville, KY 40285-6042 | | N A | account payable | | | | 42.16 |
| ACCOUNT NO. | | | | | | | |
| Platte River Insurance Co. 2975 Vine Circle Decatur, GA 30033 | X | N A | account payable | | | | 0.00 |

Sheet 11 of 15 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Parker Chandler Homes, LLC**                                    Case No
_____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint , or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **ACCOUNT NO.** | | | | | | | | |
| R. Jerry Thacker c/o Larry C. Oldham, P.C. 416 Pirkle Ferry R, Ste K-500 Cumming, GA 30040 | | N A | | notice only | | | | 0.00 |
| **ACCOUNT NO.** | | | | | | | | |
| Rajendra Tummala 1880 Lynwood Place Alpharetta, GA 30004 | | N A | | account payable | | | | 5,000.00 |
| **ACCOUNT NO.** | | | | | | | | |
| Richard M. Howe, Esq. for Stuart Mechanical Service 4385 Kimball Bridge Rd Ste 100 Alpharetta, GA 30022 | | N A | | notice only; attorneys for Stuart Mechanical Service, Inc. | | | | 0.00 |
| **ACCOUNT NO.** | | | | | | | | |
| S. Gregory Joy, Esq. Smith, Currie & Hancock LLP 245 P'tree Cntr Ave NE; # 2700 Atlanta, GA 30303-1227 | | N A | | notice only; attorneys for Paramont Grading Company | | | | 0.00 |
| **ACCOUNT NO. various** | | | | | | | | |
| Sawnee EMC PO Box 2153 Birmingham, AL 35287-2530 | | N A | | accounts payable | | | | 750.80 |
| **ACCOUNT NO. vrious** | | | | | | | | |
| Scana Energy PO Box 100157 Columbia, SC 29202-3157 | | N A | | accounts payable | | | | 455.77 |

Sheet 12 of 15 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Parker Chandler Homes, LLC** _____   Case No _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Signature Communities, LLC 5400 Laurel Springs Pkwy Bldg 100 - Suite 102 Suwanee, GA 30024 | X | N A | business dispute | | | X | 300,000.00 |
| ACCOUNT NO. | | | | | | | |
| Soon Tan 12260 Osprey Drive Alpharetta, GA 30004 | | N A | account payable | | | | 19,968.00 |
| ACCOUNT NO. DC 1041221 | | | | | | | |
| Staples Business Advantage Dept DC 85105 Hartford, CT 06150-0851 | | N A | account payable | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Stephen Ross Plumbing, Inc. 5140 Carson Court Buford, GA 30518 | | N A | account payable | | | | 3,215.00 |
| ACCOUNT NO. | | | | | | | |
| Sutter McClellan & Gilbreath 1424 North Brown Road Number 300 Lawrenceville, GA 30043-8107 | | N A | account payable | | | | 200.00 |
| ACCOUNT NO. | | | | | | | |
| The Atlanta Journal P.O. Box 105375 Atlanta, GA 30348-5375 | | N A | account payable | | | | 2,088.00 |

Sheet 13 of 15 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Parker Chandler Homes, LLC**        Case No
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| The Caiaccio Law Firm, LLC 3455 Peachtree Rd NE Number 500 Atlanta, GA 30326 | | N A | account payable | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| The Lamar Companies c/o Howe and Associates 4385 Kimball Bridge Rd Ste 100 Alpharetta, GA 30022 | | N A | account payable | | | | 4,128.00 |
| ACCOUNT NO. | | | | | | | |
| Travelers Casualty & Surety Co. of America Hartford, CT 06183-9062 | | N A | account payable | | | | 100.00 |
| ACCOUNT NO. | | | | | | | |
| Tyler Dixon, Esq. Raiford & Dixon, LLC 6065 Roswell Road; Suite 200 Atlanta, GA 30328 | | N A | notice only; attorneys for Tabas, LLLP | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Wildes-Spirit Design & Printng PO Box 1510 White Plains, MD 20695 | | N A | account payable | | | | 2,016.74 |
| ACCOUNT NO. | | | | | | | |
| William Rogers, Esq. Whelchel, Dunlap, et al PO Box one Gainesville, GA 30503 | | N A | notice only | | | | 0.00 |

Sheet 14 of 15 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Parker Chandler Homes, LLC**                                                              Case No _____
_____
                    Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint , or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | |
| ACCOUNT NO.

**Wise Guys Conracting
11128 Industrial Road
Manassas, VA 20109-3909** | | N A | | account payable | | | | 108.00 |

|  |  |  |  | Total | 506,988.24 |
| --- | --- | --- | --- | --- | --- |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet 15 of 15 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6G (Official Form 6G) (12/07)

In re **Parker Chandler Homes, LLC** _____        Case No. _____
                                                    Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Canon Financial Services, Inc.**<br>**14904 Collections Center Drive**<br>**Chicago, IL 60693** | **2 copiers** |

Sheet 1 of 1 total sheets in Schedule of
Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Parker Chandler Homes, LLC**                                           Case No. _____

_____
Debtor(s)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight years immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Andew H. Chandler<br>c/o John Christy, Esq.<br>100 P'tree St NE; #800<br>Atlanta, GA 30309 | Signature Communities, LLC<br>5400 Laurel Springs Pkwy<br>Bldg 100 - Suite 102<br>Suwanee, GA 30024 |
| Comstock Homes Realty, LLC<br>11465 Sunset Hills Rd<br>5th Floor<br>Reston, VA 20190 | NEXT, LLC<br>c/o Andrew N. Gross; Suite 200<br>1201 P'tree St NE; Bldg 400 |
| Comstock Homebuilding<br>Companies, Inc.<br>11465 Sunset Hills Rd; 5th Flr<br>Reston, VA 20190 | Atlanta Communities Magazine<br>1000 Parkwood Circle<br>Suite 260<br>Atlanta, GA 30339 |
| James B. Parker, Jr.<br>2105 Woodfall Drive<br>Cumming, GA 30041 | Robert Bowden, Inc.<br>Attn: Stephen Cole, CEO<br>PO Box 4237<br>Marietta, GA 30061-4237 |
| James B. Parker, Jr.<br>2105 Woodfall Drive<br>Cumming, GA 30041 | Signature Communities, LLC<br>5400 Laurel Springs Pkwy<br>Bldg 100 - Suite 102<br>Suwanee, GA 30024 |
| Post Preserve, LLC<br>11465 Sunset Hills Road<br>Suite 20190<br>Reston, VA 20190 | Paramont Grading Company<br>John Pearson, Registered Agent<br>4405 Canton Hwy<br>Cumming, GA 30040 |
| Andew H. Chandler<br>c/o John Christy, Esq.<br>100 P'tree St NE; #800<br>Atlanta, GA 30309 | Platte River Insurance Co.<br>2975 Vine Circle<br>Decatur, GA 30033 |

Sheet 1 of 2 total sheets in Schedule of Codebtors

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

B6H (Official Form 6H) (12/07) - cont.

In re   **Parker Chandler Homes, LLC**                                              Case No. _____

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Andew H. Chandler<br>c/o John Christy, Esq.<br>100 P'tree St NE; #800<br>Atlanta, GA 30309 | Platte River Insurance Co.<br>2975 Vine Circle<br>Decatur, GA 30033 |
| James B. Parker, Jr.<br>2105 Woodfall Drive<br>Cumming, GA 30041 | RBC Builder Finance<br>Attn: Legal<br>11011 Richmond Ave.; Suite 850<br>Houston, TX 77042 |
| James B. Parker, Jr.<br>2105 Woodfall Drive<br>Cumming, GA 30041 | RBC Builder Finance<br>Attn: Legal<br>11011 Richmond Ave.; Suite 850<br>Houston, TX 77042 |

Sheet 2 of 2 total sheets in Schedule of Codebtors

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re  **Parker Chandler Homes, LLC**

Debtor(s)

Case No.

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,000.00 |
| Prior to the filing of this statement I have received | $ | 3,000.00 |
| Balance Due | $ | 0.00 |

2.  $ **299.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☒ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☒ Debtor    ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **representation of the debtor(s) in adversary proceedings.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **11/25/2009**

/s/ **Paul Reece Marr**
**Paul Reece Marr**
**Paul Reece Marr, P.C.**
**Suite 960**
**300 Galleria Parkway**
**Atlanta, GA 30339**
**(770) 984-2255**
**pmarr@mindspring.com**

---

B6 Summary (Form 6 - Summary)  (12/07)

# United States Bankruptcy Court
## Northern District of Georgia,  Atlanta Division

In re   **Parker Chandler Homes, LLC** _____

Debtor(s)

Case No. _____

Chapter    **7** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $1,018,348.00 | | |
| B - Personal Property | Yes | 3 | $0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $18,268,821.08 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $58,907.11 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $506,988.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $N/A |
| **TOTAL** | | 28 | $1,018,348.00 | $18,834,716.43 | |

Form 6 - Statistical Summary (12/07)

## United States Bankruptcy Court
### Northern District of Georgia, Atlanta Division

In re **Parker Chandler Homes, LLC** _____
                                 Debtor(s)

Case No. _____
Chapter    **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re   **Parker Chandler Homes, LLC**

Debtor(s)

Case No.

Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**30**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **11/25/2009**

Signature   **/s/ Christopher Clemente**
                    **Christopher Clemente**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re   **Parker Chandler Homes, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Parker Chandler Homes, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Comstock Homebuilding
Companies, Inc.
11465 Sunset Hills Rd; #500
Reston, VA 20190**

☐ None [*Check if applicable*]

**11/25/2009**

Date

**/s/ Paul Reece Marr**

**Paul Reece Marr**

Signature of Attorney or Litigant

Counsel for   **Parker Chandler Homes, LLC**

**Paul Reece Marr, P.C.**

**Suite 960
300 Galleria Parkway
Atlanta, GA 30339
(770) 984-2255
pmarr@mindspring.com**

SUPPLEMENTAL MATRIX

Anand Narayanan and
Sunitha Subbarao
2910 Buford Dr; Apt. 910
Buford, GA 30519

Douglas Thompson, Esq.
Douglas Thompson, PC
1872-C Independence Square
Dunwoody, GA 30338

Marc V. Thomses, Esq.
Merbaum Law Group, PC
5755 North Point Pkwy
Suite 284
Alpharetta, GA 30004

Rajendra Tummala
1880 Lynwood Place
Alpharetta, GA 30004

Soon Tan
12260 Osprey Drive
Alpharetta, GA 30004

William Rogers, Esq.
Whelchel, Dunlap, et al
PO Box one
Gainesville, GA 30503

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:                              :        Case No. 09-90334-MHM
                                    :
PARKER CHANDLER HOMES, LLC,         :        Chapter 7
                                    :
        Debtor.                     :
                                    :
_____:

CERTIFICATE OF SERVICE

        I, Paul Reece Marr, certify that I am over the age of 18 and
that on the below referenced date I served a copy of the attached
STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES, AND SUPPLEMENTAL
MATRIX by first class U.S. Mail, with adequate postage prepaid on
the following persons or entities at the addresses stated on the
attached list:

Tamara Miles Ogier
Ellenberg, Ogier,
Rothschild & Rosenfeld
170 Mitchell St. S.W.
Atlanta, GA 30303

        This the 25th day of November, 2009.

                                        /s/Paul Reece Marr
                                        Paul Reece Marr

Paul Reece Marr, P.C.
300 Galleria Pkwy; Ste 960
Atlanta, GA 30339
770/984-2255

-2-